AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 0 1 2015

Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jesus Lopez | ) | Case No. M-15-0497-M |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 1, 2013** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

In support of combating the online distribution of child pornography, Oklahoma City Division of the FBI conducted online undercover sessions on the ARES P2P (Peer to Peer) file sharing network.

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Truong T. Nguyen, Special Agent FBI
*Printed name and title*

Approved to file Kimberly Ann Leo
AUSA

Sworn to before me and signed in my presence.

Date: 4/1/2015

*Judge's signature*

City and state: McAllen, Texas
U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

ATTACHMENT "A"

In support of combating the online distribution of child pornography, Oklahoma City Division of the FBI conducted online undercover sessions on the ARES P2P (Peer to Peer) file sharing network. Ares is one of many P2P networks that allow users to search for, download, and share (distribute) files with other users. Among the various types of file share on the P2P networks are child pornography files.

On 9/1/2013 10:22:27pm, Special Agent Joseph Cecchini, while working in an undercover capacity focused on investigations into the sharing of (Child Pornography) (CP), was logged into ARES file sharing program from an Internet connected computer, located in Tulsa, Oklahoma. At this time, a computer was identified with Internet Protocol (IP) address 66.68.248.55 as a potential download candidate (source) for approximately 90 files of investigative interest. SA Cecchini directed his investigation to this computer at IP address 66.68.248.55, as it had been recently detected as associated with investigative files of interest by investigators conducting keyword searches or hash value searches for files related to child abuse material including child pornography.   SA Cecchini was able to completely download two files directly from IP address 66.68.248.55 (ARES nickname anon_4244f837@Lime).

On 9/5/2013, an administrative subpoena was served on Time Warner Cable requesting subscriber information for the user assigned to said IP address during the date and time the undercover sessions were conducted. The following account information was gathered: Sandra Lopez, 2918 Copper Avenue, Mission, Texas 78574. On 9/30/2013, FBI McAllen Resident Agency received a lead from the Oklahoma City Division relating to the abovementioned.

On 3/31/2015, SA Nguyen, along with FBI Agents and local Task Force officers, conducted several interviews with occupants from the property located at, 2918 Copper Avenue, Mission, Texas. Specifically, SA Nguyen interviewed Jesus LOPEZ about his knowledge relating to possible child pornography activity at said residence. LOPEZ

admitted to interviewing agents that he in fact received, possessed, and distributed child pornography with his laptops. Subsequently, LOPEZ agreed to be further interviewed at the FBI office in McAllen, Texas, and consented to have his laptop be analyzed by the FBI. At the McAllen FBI office, based on the abovementioned, LOPEZ was read his Advice of Rights, to which he waived. LOPEZ showed interviewing agents voluminous files and the location of folders in his laptop, in which the files contained graphic images and videos of child pornography. The preliminary review of the images depicted child pornography with children from the ages of infancy to prepubescent minor. LOPEZ stated that he had been downloading and receiving child pornography from the Internet at least since he was approximately 19 years old. Additionally, LOPEZ last downloaded child pornography within the past week. LOPEZ admitted that he was aware that it was illegal to download and receive the child pornography.